UNITED STATES of America,
Appellee,

v.

Deborah Mae ERENBERGER,
Appellant.

No. 03–1055.

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 15, 2003.

Decided Sept. 15, 2003.

Stephanie M. Rose, U.S. Attorney's Office, Cedar Rapids, IA, for Plaintiff–Appellee.

Deborah Mae Erenberger, pro se, Pekin, IL, Alfred E. Willett, Terpstra & Epping, Cedar Rapids, IA, for Defendant–Appellant.

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

PER CURIAM.

Deborah Erenberger pleaded guilty to aiding and abetting the distribution of approximately 9.8 grams of a substance containing cocaine base, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) (2000), and 18 U.S.C. § 2 (2000). The District Court[1] sentenced her to fifty-seven months of imprisonment and four years of supervised release. On appeal, counsel has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

arguing that the District Court abused its discretion in refusing to depart downward under United States Sentencing Guidelines § 5K2.0 (2002), based on defendant's extraordinary post-offense rehabilitation.

The record indicates, however, that the District Court made an entirely discretionary decision not to depart, which is unreviewable on appeal. *See United States v. Lim,* 235 F.3d 382, 385 (8th Cir.2000). Following our independent review of the record, *see Penson v. Ohio,* 488 U.S. 75, 83 n. 6, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we affirm.